Nov. Term,
1856.

MARTIN
v.
HOWELL.

Friday,
January 23,
1857.

*J. S. Scobey* and *W. Cumback*, for the appellees.

(1) Two other cases between the same parties and precisely like this, were this day affirmed.

---

MARTIN and Another v. HOWELL and Another.

APPEAL from the *Decatur* Court of Common Pleas.

*Per Curiam.*—In this case the process was served on the 21st of *September*, and the first day of the term of the Court following was the first day of *October* ensuing. The service was in time. This is the only question.

The judgment is affirmed with 2 per cent. damages and costs (1).

*J. Gavin* and *J. R. Coverdill*, for the appellants.

*J. S. Scobey* and *W. Cumback*, for the appellees.

(1) The judgment in the case of *Martin* v. *Eggers* and another, on appeal from the same Court, and involving the same point, was this day affirmed with 2 per cent. damages and costs. Counsel the same as above.